IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LUIS GARZA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:18-CV-335 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The Court is in receipt of Respondent's Motion to Dismiss, Dkt. No. 22; Petitioner's Response to Respondent's Motion, Dkt. No. 26; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 28; and Petitioner's Objections to the M&R, Dkt. No. 33.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 28. The Court therefore **GRANTS** Respondent's Motion to Dismiss, Dkt. No. 22, and **DISMISSES** Petitioner's application for habeas corpus relief as **TIME BARRED**. Further, the Court **DENIES** Petitioner a Certificate of Appealability. The Court **DIRECTS** the Clerk to mail this Order and a copy of the docket activity sheet to Petitioner.

Final judgment will be entered separately.

SIGNED this 5th day of June, 2019.

_____
Hilda Tagle
Senior United States District Judge