IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LUIS GARZA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:18-CV-335 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

The Court is in receipt of the Petitioner's Motion for Certificate of Appealability, Dkt. No. 38; Petitioner's Motion to Proceed In Forma Pauperis, Dkt. No. 40; and the Magistrate Judge's Memorandum and Recommendations ("M&R"), Dkt. Nos. 43 & 48. No objections were made by the Petitioner.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&Rs, Dkt. Nos. 43 & 48. The Court therefore **DENIES** Petitioner's Motion for Certificate of Appealability, Dkt. No. 38, and **DENIES** Petitioner's Motion to Proceed In Forma Pauperis, Dkt. No. 40.

SIGNED this 15th day of October, 2019.

_____
Hilda Tagle
Senior United States District Judge